**EXHIBIT A**

**STATE COURT PLEADINGS AND PROCESS**

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-09224-S5**
**12/29/2021 3:22 PM**
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior or** ☐ **State Court of** _____ **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** _____ | **Case Number** _____ |
| **MM-DD-YYYY** | 21-C-09224-S5 |

**Plaintiff(s)**

_____
Last            First            Middle I.      Suffix      Prefix

_____
Last            First            Middle I.      Suffix      Prefix

_____
Last            First            Middle I.      Suffix      Prefix

_____
Last            First            Middle I.      Suffix      Prefix

**Defendant(s)**

_____
Last            First            Middle I.      Suffix      Prefix

_____
Last            First            Middle I.      Suffix      Prefix

_____
Last            First            Middle I.      Suffix      Prefix

_____
Last            First            Middle I.      Suffix      Prefix

**Plaintiff's Attorney** _____        **Bar Number** _____        **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

☐ **Automobile Tort**
☐ **Civil Appeal**
☐ **Contract**
☐ **Garnishment**
☐ **General Tort**
☐ **Habeas Corpus**
☐ **Injunction/Mandamus/Other Writ**
☐ **Landlord/Tenant**
☐ **Medical Malpractice Tort**
☐ **Product Liability Tort**
☐ **Real Property**
☐ **Restraining Petition**
☐ **Other General Civil**

**Domestic Relations Cases**

☐ **Adoption**
☐ **Dissolution/Divorce/Separate Maintenance**
☐ **Family Violence Petition**
☐ **Paternity/Legitimation**
☐ **Support – IV-D**
☐ **Support – Private (non-IV-D)**
☐ **Other Domestic Relations**

**Post-Judgment – Check One Case Type**

☐ **Contempt**
☐ **Non-payment of child support, medical support, or alimony**
☐ **Modification**
☐ **Other/Administrative**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
**Case Number**                          **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
                                                                                                    **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-09224-S5**
**12/29/2021 3:22 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

_____

**PLAINTIFF**

VS.

_____

_____

_____

**DEFENDANT**

CIVIL ACTION
NUMBER:  **21-C-09224-S5**
_____

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.

29th day of December, 2021

**Tiana P. Garner**
**Clerk of State Court**

By_____

**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
21-C-09224-S5
12/29/2021 3:22 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

|  |  |
|---|---|
| WILLARD CHARLES LEWIS, as administrator of the estate of Charles Alexander Lewis, Deceased, and for the benefit of Minor, A.L., the next of kin and surviving Child of Charles Alexander Lewis, Plaintiffs, | Civil Action No: 21-C-09224-S5 _____ **JURY TRIAL DEMANDED** |
| v. |  |
| WESLEY CLUB LLC d/b/a Wesley Club Apartments, AGPM SERVICES, LLC, WESLEY CLUB, LLC (FL), and AGPM WESLEY CLUB, LLC, Defendants. |  |

## COMPLAINT FOR DAMAGES

COMES NOW Willard Charles Lewis, as administrator of the estate of Charles Alexander Lewis, Deceased, and for the benefit of Minor, A.L., the next of kin and surviving Child of Charles Alexander Lewis, Plaintiffs, and makes and files this Complaint against Defendants Wesley Club LLC d/b/a Wesley Club Apartments, AGPM Services, LLC, Wesley Club, LLC (FL), and AGPM Wesley Club, LLC as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff Willard Charles Lewis is the Administrator of the estate of Charles Alexander Lewis, deceased.

2.

Willard Charles Lewis, on behalf of the Estate of Charles Alexander Lewis, states his intention and desire to bring each and every permissible, proper, and authorized claim for damages under Georgia law.

3.

Willard Charles Lewis as the Administrator of the Estate of Charles Alexander Lewis  is the proper party to bring a claim for the wrongful death of Charles Alexander Lewis for the benefit of Minor, A.L., the next of kin and surviving Child of Charles Alexander Lewis.

4.

Willard Charles Lewis resides in Fulton County and is subject to the jurisdiction of this court.

5.

Defendant Wesley Club LLC is a Florida Limited Liability Company existing under the laws of Florida with its principal place of business in Florida and may be served through its registered agent Registered Agent Solutions, Inc. at 155 Office Plaza Dr, Suite A, Tallahassee, Leon County, FL 32301 and is subject to the jurisdiction of this court.

6.

At all times relevant to this litigation, Defendant Wesley Club LLC owned, operated, controlled, and/or managed Wesley Club Apartments (hereinafter "the Premises") located at 4103 Wesley Club Dr, Decatur, DeKalb County, GA 30034.

7.

Defendant AGPM Services, LLC is a Florida Limited Liability Company existing under the laws of Florida with its principal place of business in Florida and may be served through its registered agent Louis E Vogt at 501 N Magnolia Avenue, Orlando, Orange County, FL 32801, and is subject to the jurisdiction of this court.

8.

At all times relevant to this litigation, defendant AGPM Services, LLC owned, operated, controlled, and/or managed the Premises.

9.

Defendant Wesley Club, LLC (FL) is a Foreign Limited Liability Company existing under the laws of Florida with its principal place of business in Florida and may be served through its registered agent Registered Agent Solutions, Inc. located at 900 Old Roswell Lakes Pkwy, Suite 310, Roswell, Fulton County, GA, and is subject to the jurisdiction of this court.

10.

At all times relevant to this litigation, defendant Wesley Club, LLC (FL) owned, operated, controlled, and/or managed the Premises.

11.

Defendant AGPM Wesley Club, LLC is a Foreign Limited Liability Company existing under the laws of Georgia with its principal place of business in Florida and may be served through its registered agent C T Corporation System located at 289 S Culver St, Lawrenceville, Gwinnett County, GA, 30046, and is subject to the jurisdiction of this court.

12.

At all times relevant to this litigation, defendant AGPM Wesley Club, LLC owned, operated, controlled, and/or managed the Premises.

13.

Jurisdiction and venue are proper in this court as Defendant AGPM Wesley Club, LLC's registered agent is in Gwinnett County, GA.

## **BACKGROUND**

14.

On January 28, 2020, Charles Alexander Lewis was an invitee on the Premises.

3

15.

On that date, DeKalb County Police Department responded to a shooting call around 10:30 A.M. at Wesley Club Apartments, in Decatur, GA.

16.

Upon arrival, Charles Alexander Lewis was found in his apartment suffering from a gunshot wound to the leg and was transported to a hospital, where he was pronounced dead later that day.

17.

Charles Alexander Lewis was shot during the commission of a robbery by at least two persons, who were not tenants of Wesley Club Apartments.

18.

As a result of this assault, Charles Alexander Lewis sustained catastrophic injuries, conscious pain and suffering, and ultimately became aware of his impending death.

## COUNT 1: PREMISES LIABILITY

Plaintiffs reallege and incorporate herein by reference all preceding paragraphs of this Complaint as if each were fully set forth in their entirety.

19.

Defendants breached the duty owed to Charles Alexander Lewis by failing to exercise ordinary care to keep the Premises safe.

20.

Defendants knew of or with the exercise of due care for the safety of its invitees should have known of the dangerous and hazardous conditions existing on the Premises, of the failure to adequately maintain, inspect, secure, patrol, and manage the Premises, and that said conditions were likely to result in injuries and/or death to its invitees, including Charles Alexander Lewis.

4

21.

Prior to and on the date of the subject incident, the Premises was negligently maintained, inspected, secured, patrolled, and managed. Defendants had knowledge, both actual and constructive, of the need to properly maintain, secure, inspect, patrol, and manage the Premises, but failed to exercise ordinary care to do so.

22.

Defendants were aware or should have been aware of criminal activity existing on and around the Premises prior to the shooting of Charles Alexander Lewis, including prior violent crimes on the Premises and in the immediate area. Said prior criminal activity was negligently permitted to exist and remain at said premises.

23.

Defendants negligently failed to maintain adequate security devices or measures to permit proper use of the Premises, thereby causing an unreasonable risk of injury and death to its invitees, including Charles Alexander Lewis.

24.

Defendants were negligent in failing to maintain, inspect, secure, patrol, and manage the Premises, thereby creating an unreasonable risk of injury and death to its invitees, including Charles Alexander Lewis.

25.

Defendants negligently failed to warn its invitees, including Charles Alexander Lewis, of the existence of the aforementioned criminal activity and the likelihood of further criminal attacks.

26.

Defendants negligently failed to maintain a policy, procedure, or system of investigating, reporting, and warning of the aforementioned criminal activity.

27.

Defendants negligently represented to its invitees that the Premises was properly maintained and reasonably safe.

28.

Defendants failed to take appropriate action to remedy or reduce the danger to its invitees, including Charles Alexander Lewis, and allowed the dangerous environment on the Premises to continue to exist unabated, thereby creating a nuisance.

29.

Defendants were and are negligent *per se*.

30.

Each of the foregoing tortious acts and omissions constitute an independent act of negligence on the part of the Defendants and one or more or all of the above stated acts and omissions proximately caused the injuries to and death of Charles Alexander Lewis.

31.

Defendants are liable for the injuries to and death of Charles Alexander Lewis.

32.

The injuries to and resulting death of Charles Alexander Lewis were the direct and proximate result of the negligence of the Defendants.  But for said negligence, Charles Alexander Lewis would not have suffered injuries and died.

33.

Defendants are liable for Charles Alexander Lewis's injuries, pain and suffering, the full value of his life pursuant to O.C.G.A. § 51-4-1 et seq., and all other elements of damage allowed under the laws of the State of Georgia.

## COUNT 2: VICARIOUS LIABILITY

Plaintiffs reallege and incorporate herein by reference all preceding paragraphs of this Complaint as if each were fully set forth in their entirety.

34.

At the time of the assault, the individuals working at the Premises were employed by Defendants and were acting within the scope of their employment at all times relevant to this litigation.

35.

Defendants are responsible for the conduct and actions of the individuals working at the Premises pursuant to the doctrine of respondeat superior, agency or apparent agency.

## COUNT 3: NEGLIGENT HIRING, TRAINING AND SUPERVISION

Plaintiffs reallege and incorporate herein by reference all preceding paragraphs of this Complaint as if each were fully set forth in their entirety.

36.

Defendants were negligent in hiring, training, and supervising the individuals working on the premises.

37.

Defendants' negligence in hiring, training, and supervising the individuals on the premises resulted in the assault of Charles Alexander Lewis.

## COUNT 4: DAMAGES

Plaintiffs reallege and incorporate herein by reference all preceding paragraphs of this Complaint as if each were fully set forth in their entirety.

38.

Willard Charles Lewis is the Administrator of the Estate of Charles Alexander Lewis, deceased, and is the proper party to bring the claims for Charles Alexander Lewis's pre-death pain and suffering, his funeral expenses, and his medical expenses.

39.

Defendant is liable to plaintiff for the pre-death pain and suffering of Charles Alexander Lewis, his funeral expenses and his medical expenses.

40.

Willard Charles Lewis as surviving grandparent of Minor, A.L., the next of kin and surviving child of Charles Alexander Lewis, is the proper party to bring a claim for the wrongful death of Charles Alexander Lewis for the benefit of A.L.

41.

Defendant is liable to plaintiff for the full value of the life of Charles Alexander Lewis.

WHEREFORE, Plaintiffs pray that they have a trial on all issues and judgment against Defendants as follows:

    (a)    Plaintiffs recover the full value of the life of the decedent;

    (b)    Plaintiffs recover for the decedent's pre-death mental and physical pain and suffering, funeral expenses, and medical expenses;

    (c)    Plaintiffs recover such other and further relief as is just and proper;

    (d)    That all issues be tried before a jury.

**TRIAL BY JURY IS HEREBY DEMANDED.**

Respectfully submitted, this 29th day of December, 2021.

**SUGGS LAW FIRM, P.C.**

 /s/ Eldridge Suggs, IV
Eldridge Suggs, IV
Georgia Bar No. 690807
Mari A. Agasarkisian
Georgia Bar No. 470891
Anna H. Wyatt
Georgia Bar No. 401977
Attorneys for Plaintiff

One Alliance Center
3500 Lenox Rd. N.E., Suite 710
Atlanta, GA 30326
(404) 400-3422
esuggs@suggslaw.com
magasarkisian@suggslaw.com
awyatt@suggslaw.com

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-09224-S5**

**1/26/2022 3:43 PM**
TIANA P. GARNER, CLERK

**IN THE STATE COURT OF GEORGIA**
**COUNTY OF GWINNETT**

| | |
|---|---|
| **WILLARD CHARLES LEWIS,** | **Plaintiff(s) – Petitioner(s)** |
| **V.** | **CIVIL ACTION NO.: 21-C-09224-S5** |
| **WESLEY CLUB, LLC, ET AL.,** | **Defendant(s) – Respondent(s)** |

STATE OF FLORDIA
COUNTY OF LEON            ss.:

**Richard Kolodgy**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **1/7/2022** at **12:00 PM**, I served a true copy of a **SUMMONS, COMPLAINT FOR DAMAGES** upon **WESLEY CLUB LLC C/O REGISTERED AGENT: REGISTERED AGENT SOLUTIONS INC.** at **155 OFFICE PLAZA DRIVE, SUITE A, TALLAHASSEE, FL 32301** in the manner indicated below:

| **Corporation** **[ X ]** | By delivering a true copy of each to **SHEENA BLACK** personally. Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **CLERK** thereof, and an authorized person to accept service of process. |
|---|---|

| **Approximate Description of Receipt** | **Female** | **White** | **Black** | **30** | **5'2** | **120lbs** | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

Richard Kolodgy CPS#204
P.O. Box 13984
Tallahassee, FL 32317
800-637-1805

Sworn to before me this
25th day of Jan, 20 22

Notary Public

CATINNA C. WILLIAMS
Commission # GG 259372
Expires September 17, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-09224-S5**
**1/24/2022 11:25 AM**
TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

**State of Georgia**          **County of GWINNETT**          **State Court**

Case Number: 21-C-09224-S5

Plaintiff:
**WILLARD CHARLES LEWIS**

vs.

Defendant:
**WESLEY CLUB, LLC, AGPM WESLEY CLUB, LLC**

For:
ELDRIDGE SUGGS, ESQ.
ONE ALLIANCE CENTER, 3500 LENOX ROAD NE
SUITE 710
ATLANTA, GA 30326

ALR2022000181

Received by DANIEL R. WARD on the 7th day of January, 2022 at 11:29 am to be served on **AGPM SERVICES, LLC REGISTERED AGENT:LOUIS E. VOGT, 501 N. MAGNOLIA AVENUE, ORLANDO, FL 32801**.

I, DANIEL R. WARD, being duly sworn, depose and say that on the **10th day of January, 2022** at **11:41 am, I:**

SERVED the within named LIMITED LIABILITY COMPANY by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Jeff Janisch as**REGISTERED AGENT** at the address of:**501 N. MAGNOLIA AVENUE, ORLANDO, FL 32801,** and informed the designated employee of the contents therein, in compliance with F.S. 48.062(2)(c)

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 155, Hair: Blonde, Glasses: N

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which process was served/non-served.

Sworn to or affirmed and signed before me on the 10th day of January, 2022 by means of physical presence, by the affiant who is personally known to me.

NOTARY PUBLIC

Ashley Taylor
Notary Public
State of Florida
Comm# GG987859
Expires 5/12/2024

DANIEL R. WARD
#0132

**WE SERVE NJ LLC**
**500 KING STREET**
**STATEN ISLAND, NY 10312**
**(800) 637-1805**

Our Job Serial Number: ALR-2022000181

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

21-C-09224-S5

12/29/2021 3:22 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Date _____   Time: _____

JEFF JANISCH

Daniel R Ward ID# 0132
Certified Process Server

**Willard Charles Lewis**
_____

_____

_____

PLAINTIFF

VS.

**Wesley Club LLC**
_____

AGPM Services, LLC; Wesley Club, LLC (FL)

**AGPM Wesley Club, LLC**
_____

DEFENDANT

CIVIL ACTION       21-C-09224-S5
NUMBER:_____

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Eldridge Suggs, IV
3500 Lenox Road NE, Suite 710
Atlanta, GA 30326

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of ___29th day of December, 2021_____, 20_____.

Tiana P. Garner
Clerk of State Court

By_____
        **Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-09224-S5**

**1/6/2022 2:05 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

WILLARD CHARLES LEWIS, as       :
administrator of the estate of Charles   :
Alexander Lewis, Deceased, and for the  :      Civil Action File No.
benefit of Minor, A.L., the next of kin and  :      21-C-09224-S5
surviving Child of Charles Alexander Lewis,:
Plaintiffs,                           :
                                 :
       Plaintiffs,                 :
                                 :
v.                                       :
                                 :
WESLEY CLUB LLC d/b/a Wesley Club   :
Apartments, AGPM SERVICES, LLC,    :
WESLEY CLUB, LLC (FL), and         :
AGPM WESLEY CLUB, LLC,           :
                                 :
       Defendants.                :

## AFFIDAVIT OF SERVICE OF PROCESS

Comes now the undersigned, Sally Cunningham, and gives this her affidavit of service of process testifying and deposing as follows:

### (1)

I am the age of the majority and laboring with no mental disabilities. I give this affidavit based on personal knowledge.

### (2)

I served upon Wesley Club, LLC (FL) a Summons and Complaint for Damages, in regards to the above-styled action by leaving copies with Lacey Gowens, an authorized representative of its Registered Agent, Registered Agent Solutions, Inc. at 900 Old Roswell Lakes Pkwy, Suite 310, Roswell, Fulton County, GA 30076, on January 4, 2022 at 3:03 P.M.

Further affiant sayeth not.  This ___5ᵗʰ___ day of ___January___ , 2022

_____
Signature

Sworn to and subscribed before me this
5ᵗʰ day of ___January___ 2022

_____
Notary Public, State of Georgia
My commission expires:

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Servers

Case Number: **21 C 09111 - 4**

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2023.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this __28th__ day of __December__, 20__21__.

_Ronda C. Leary_
Ronda Colvin Leary (Dec 28, 2021 11:47 EST)

Presiding Judge
Gwinnett County State Court

Applicant:

Name __Sally K. Cunningham__

Address __P.O. Box 5784__
__Douglasville, GA 30154__
__770-351-7672__

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-09224-S5**
**1/6/2022 2:05 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

WILLARD CHARLES LEWIS, as                  :
administrator of the estate of Charles     :
Alexander Lewis, Deceased, and for the     :    Civil Action File No.
benefit of Minor, A.L., the next of kin and  :   21-C-09224-S5
surviving Child of Charles Alexander Lewis,:
Plaintiffs,                                :
                                           :
     Plaintiffs,                          :
                                           :
v.                                         :
                                           :
WESLEY CLUB LLC d/b/a Wesley Club          :
Apartments, AGPM SERVICES, LLC,            :
WESLEY CLUB, LLC (FL), and                 :
AGPM WESLEY CLUB, LLC,                     :
                                           :
     Defendants.                          :

## AFFIDAVIT OF SERVICE OF PROCESS

Comes now the undersigned, Sally Cunningham, and gives this her affidavit of service of process testifying and deposing as follows:

### (1)

I am the age of the majority and laboring with no mental disabilities.  I give this affidavit based on personal knowledge.

### (2)

I served upon AGPM SERVICES, LLC a Summons and Complaint for Damages, in regards to the above-styled action by leaving copies with Jane Richardson an authorized representative of its Registered Agent, CT Corporation System, located at 289 South Culver St., Lawrenceville, GA  30046 on January 5, 2022 at 2:28 P.M.

Further affiant sayeth not.  This 5th day of _January_, 2022

Signature

Sworn to and subscribed before me this
5th day of January 2022

Notary Public, State of Georgia
My commission expires:

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY GA

DEC 28  PM 4:45

TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

IN RE: Permanent Process Servers
Case Number:        **21 C 09111-4**

### ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2023.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this ___28th___ day of ___December___, 20_21_.

_Ronda C. Leavy_
Ronda Colvin Leavy (Dec 28, 2021 11:47 EST)

**Presiding Judge**
**Gwinnett County State Court**

Applicant:

Name    _Sally K. Cunningham_

Address    _P.O. Box 5784_
_Douglasville, GA  30154_
_770-351-7672_

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-09224-S5**
**1/6/2022 12:38 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

WILLARD CHARLES LEWIS, as                    :
administrator of the estate of Charles       :
Alexander Lewis, Deceased, and for the       :     Civil Action File No.
benefit of Minor, A.L., the next of kin and  :     21-C-09224-S5
surviving Child of Charles Alexander Lewis,  :
Plaintiffs,                                  :
                                             :
    Plaintiffs,                          :
                                             :
v.                                           :
                                             :
WESLEY CLUB LLC d/b/a Wesley Club            :
Apartments, AGPM SERVICES, LLC,              :
WESLEY CLUB, LLC (FL), and                   :
AGPM WESLEY CLUB, LLC,                       :
                                             :
    Defendants.                          :

### AFFIDAVIT OF SERVICE OF PROCESS

Comes now the undersigned, Sally Cunningham, and gives this her affidavit of service of process testifying and deposing as follows:

(1)

I am the age of the majority and laboring with no mental disabilities. I give this affidavit based on personal knowledge.

(2)

I served upon Wesley Club, LLC (FL) a Summons and Complaint for Damages, in regards to the above-styled action by leaving copies with Lacey Gowens, an authorized representative of its Registered Agent, Registered Agent Solutions, Inc. at 900 Old Roswell Lakes Pkwy, Suite 310, Roswell, Fulton County, GA 30076, on January 4, 2022 at 3:03 P.M.

Further affiant sayeth not.  This ___5th___ day of ___January___, 2022

_____
Signature

Sworn to and subscribed before me this
5th day of ___January___ 2022

_____
Notary Public, State of Georgia
My commission expires:

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

IN THE STATE COURT OF GWINNETT COUNTY DEC 28  PM 4: 45

STATE OF GEORGIA

TIANA P. GARNER, CLERK

IN RE: Permanent Process Servers

Case Number:  **21 C 09111-4**

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2023.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this ___28th___ day of ___December___, 20_21_.

_Ronda C. Leary_
Ronda Colvin Leary (Dec 28, 2021 11:47 EST)
_____
Presiding Judge
Gwinnett County State Court

Applicant:

Name ___Sally K. Cunningham___

Address ___P.O. Box 5787___
___Douglasville, GA  30154___
___770-351-7672___

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-09224-S5**
**1/6/2022 12:38 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

WILLARD CHARLES LEWIS, as     :
administrator of the estate of Charles   :
Alexander Lewis, Deceased, and for the  :    Civil Action File No.
benefit of Minor, A.L., the next of kin and  :   21-C-09224-S5
surviving Child of Charles Alexander Lewis,:
Plaintiffs,                     :
                                 :
     Plaintiffs,              :
                                 :
v.                                :
                                 :
WESLEY CLUB LLC d/b/a Wesley Club  :
Apartments, AGPM SERVICES, LLC,    :
WESLEY CLUB, LLC (FL), and        :
AGPM WESLEY CLUB, LLC,         :
                                 :
     Defendants.               :

## AFFIDAVIT OF SERVICE OF PROCESS

Comes now the undersigned, Sally Cunningham, and gives this her affidavit of service of process testifying and deposing as follows:

### (1)

I am the age of the majority and laboring with no mental disabilities.  I give this affidavit based on personal knowledge.

### (2)

I served upon AGPM SERVICES, LLC a Summons and Complaint for Damages, in regards to the above-styled action by leaving copies with Jane Richardson an authorized representative of its Registered Agent, CT Corporation System, located at 289 South Culver St., Lawrenceville, GA  30046 on January 5, 2022 at 2:28 P.M.

Further affiant sayeth not. This ___5th___ day of ___January___, 2022

_____
Signature

Sworn to and subscribed before me this
___5th___ day of ___January___ 2022

_____
Notary Public, State of Georgia
My commission expires: _____

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

IN THE STATE COURT OF GWINNETT COUNTY DEC 28  PM 4: 45

STATE OF GEORGIA              TIANA P. GARNER, CLERK

IN RE: Permanent Process Servers
Case Number:    **21 C 09111-4**

### ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2023.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this ___28th___ day of ___December___, 20_21_.

_Ronda C. Leary_
Ronda Colvin Leary (Dec 28, 2021 11:47 EST)
_____
Presiding Judge
Gwinnett County State Court

Applicant:
Name      _Sally K. Cunningham_
Address   _P.O. Box 5787_
          _Douglasville, GA 30154_
          _770-351-7672_